# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Edward Jones,

    Plaintiff

v.

Daryl Morgan, et al.,

    Defendants

Case No.: 2:23-cv-02100-JAD-MDC

**Order Denying Motions to Amend Complaint and for Injunctive Relief in this Stayed Case**

[ECF Nos. 19, 21]

    Clark County Detention Center detainee Edward Jones filed this civil-rights lawsuit under 42 U.S.C. § 1983 for events surrounding his arrest, search, seizure, and ongoing state-court prosecution.[1] I recently stayed his case under the Supreme Court's decision in *Younger v. Harris*, which prohibits federal courts from interfering in ongoing state criminal proceedings like Jones's, and advised Jones that he may move to lift the stay once his state-court proceedings have concluded.[2]

    Jones now moves to amend his complaint and for injunctive relief, both based on a series of events unrelated to his original complaint.[3] I deny both motions because this case is stayed and the reason for the stay—Jones's state-court proceedings—persists.[4] The only motion that

---

[1] ECF No. 1-1.

[2] ECF No. 18.

[3] ECF Nos. 19, 20, 21 (arguing that CCDC officials denied him access to property in the form of a magazine containing legal resources—and also pictures of women that the officials deemed sexually explicit—in violation of the First Amendment).

[4] *See* Clark County Inmate Search, Defendant ID 8593738, https://www.clarkcountynv.gov/government/departments/detention_center/inmate_search.php; *State of Nevada v. Edward Jones, III*, Case No. C-22-363709-1 (Eighth Jud. Dist. Ct.) (jury trial scheduled for October 7, 2024).

Jones is permitted to file in this case is one that requests to lift that stay once his state-court case has been resolved. Jones may file his unrelated (and newly proposed) First Amendment claim in a separate action, but he cannot pursue it in this case.

**Conclusion**

IT IS THEREFORE ORDERED that Jones's motions to amend his complaint **[ECF No. 19]** and for injunctive relief **[ECF No. 21] are DENIED** because this case remains stayed.

_____
U.S. District Judge Jennifer A. Dorsey
June 28, 2024